# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Eisele, Garnett T | 2. Court or Organization<br><br>U.S. Dist. Ct. E. D. AR | 3. Date of Report<br><br>05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 3684<br>Little Rock, AR 72203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Counselor | Wm. R. Overton Inn of Court |
| 2. Partner | Whitehall |
| 3. Trustee | ███ Trust #1 |
| 4. Trustee | ███ Trust #2 |
| 5. Trustee | ███ Trust |
| 6. Trustee | ███ Trust |
| 7. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2006 MAY 17 D 12: 19
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University Law School | 4/7-4/13/05 Tucson, Arizona, Educational Seminar (Airfare, lodging and meals) |
| 2. FREE Foundation | 4/19-24/05 Shepherdstown, West Virginia, Educational Seminar (Airfare, lodging and meals) |
| 3. Florida Bar Association | 6/22-24/05 Orlando, Florida, (Speaker at Meeting) (Airfare, lodging and meals) |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National Life of Vermont | Policy Loans | J |
| 2. | Northwest National Life | Policy Loans | J |
| 3. | Sun Life of Canada | Policy Loan on Life Insurance | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lincoln Nat'l Life | A | Div | J | T | | | | | |
| 2. S.W. Energy | A | Div | N | T | | | | | |
| 3. Bank of America(ck. acct) | A | Int | J | T | | | | | |
| 4. Pulaski Bank & Trust (savings acct.) | A | Int | J | T | | | | | |
| 5. Bank of America | D | Div | M | T | | | | | |
| 6. Bank of America | D | Div | M | T | | | | | |
| 7. Lucent Tech | | None | J | T | buy | 1/18 | J | | |
| 8. Lucent Tech | A | Div | J | T | | | | | |
| 9. New Perspective Fund | A | Div | K | T | | | | | |
| 10. NYC Gen Oblig Bd. | A | Int | | | sell | 8/1 | K | | |
| 11. Washington Mut. Invest Fd. | A | Div | K | T | | | | | |
| 12. GrowthFund of America | A | Div | K | T | | | | | |
| 13. Regions Bank | A | Div | J | T | | | | | |
| 14. Regions Bank | A | Div | J | T | | | | | |
| 15. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 16. Acxiom | A | Div | | | Sell | 3/7 | K | | |
| 17. MFS Ark Mun Bond | | None | K | T | buy | 8/3 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco | | None | K | T | buy | 8/11 | K | | |
| 19. CitiGroup | A | Div | K | T | | | | | |
| 20. Manulife | A | Dividend | J | T | Acquire sell | 4/29 | J | A | |
| 21. Travelers Class B | A | Div | J | T | | | | | |
| 22. Travelers Class A | A | Div | J | T | | | | | |
| 23. Dean Witter Ready Assets | A | Div | K | T | | | | | . |
| 24. Microsoft Corp | A | Div | J | T | | | | | |
| 25. Microsoft Corp | A | Dividend | J | T | buy | 1/18 | J | | |
| 26. SunLife Financial | A | Div | J | T | | | | | |
| 27. Whitehall (partnership) | D | Rent | K | V | | | | | |
| 28. Harvard Balanced Fund | A | Div, Int. | K | T | | | | | |
| 29. ███ Trust #2 | E | Div | O | T | | | | | |
| 30. (This is aggregate income and value of this trust) | | | | | | | | | |
| 31. The following are assets of this trust: | | | | | | | | | |
| 32. IBM | A | Div | K | T | | | | | |
| 33. IBM | A | Div | J | T | | | | | |
| 34. I.B.M. | A | Div | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. I.B.M. | A | Div | J | T | | | | | |
| 36. I.B.M. | A | Div | J | T | | | | | |
| 37. Regions Bk. | A | Div | J | T | | | | | |
| 38. Regions Bank | A | Div | J | T | | | | | |
| 39. Acxiom | A | Div | K | T | | | | | |
| 40. Acxiom | A | Dividend | | | sell | 3/7 | | ° | |
| 41. Agere Class A | | None | J | T | | | | | |
| 42. Agere Class B | | None | J | T | | | | | |
| 43. Alltel | A | Div | K | T | | | | | |
| 44. Dean Witter Ready Assets | A | Div | J | T | | | | | |
| 45. Nissan | A | Div | K | T | partial sale | 12/30 | J | C | |
| 46. Hewlett Packard | A | Div | J | T | | | | | |
| 47. G.E. Co. | A | Div | L | T | | | | | |
| 48. G.E. Co. | A | Div | J | T | | | | | |
| 49. Acxiom | A | Div | J | T | | | | | |
| 50. Cisco | A | Div | J | T | | | | | |
| 51. Cisco | A | Div | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lucent | A | Div | J | T | | | | | |
| 53. Hewlett Packard | A | Dividend | J | T | | | | | |
| 54. Acxiom | A | Dividend | J | T | | | | | |
| 55. G.E.Co. | A | Dividend | K | T | | | | | |
| 56. G.E.Co. | A | Dividend | J | T | | | | | |
| 57. G.E.Co. | A | Dividend | K | T | buy | 8/17 | J | | |
| 58. Lucent | A | Dividend | J | T | | | | | |
| 59. Royal Bk of Scotland | A | Dividend | K | T | buy | 8/13 | K | | |
| 60. Lucent | A | Dividend | J | T | buy | 8/17 | J | | |
| 61. ███Trust | E | Dividend | O | T | | | | | |
| 62. (This is aggregate income and value of this trust) | | | | | | | | | |
| 63. The following are assets of this trust | | | | | | | | | |
| 64. Dean Witter Ready Assets | A | Dividend | J | T | | | | | |
| 65. AR St Dev Auth Econ Bds | A | Interest | J | T | | | | | |
| 66. Southwest Energy | A | Div | L | T | | | | | |
| 67. Apple Computer | A | Interest | L | T | sell | 2/4 | M | G | |
| 68. Korea Fund | A | Div | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apple Computer | A | Dividend | M | T | | | | | |
| 70. Sony Corp | A | Div | J | T | | | | | |
| 71. Acxiom. | A | Dividend | L | T | sell | 3/7 | K | | |
| 72. Acxiom | A | Dividend | K | T | partial sale | 3/7 | K | D | |
| 73. Acxiom | A | Div | J | T | | | | | |
| 74. Lucent | A | Dividend | J | T | sell | 4/10 | J | | |
| 75. Walmart | A | Div | J | T | | | | | |
| 76. Lucent | A | Dividend | J | T | | | | | |
| 77. Cisco | A | Dividend | J | T | | | | | |
| 78. Cisco | A | Dividend | K | T | buy | 4/26 | K | | |
| 79. SK Telecom | A | Dividend | J | T | | | | | |
| 80. Agere Class B | A | Dividend | J | T | | | | | |
| 81. Agere Class A | A | Dividend | J | T | | | | | |
| 82. Microsoft | | Dividend | J | T | buy | 10/3 | J | | |
| 83. Microsoft | | Dividend | L | T | buy | 3/31 | L | | |
| 84. IBM | | Div | L | T | buy | 3/8 | L | | |
| 85. ███████ Trust #1 | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. (This is the aggregate value and income of this trust) | | | | | | | | | |
| 87. Hewlett Packard | A | Dividend | K | T | | | | | |
| 88. Hewlett Packard | A | Div | J | T | | | | | |
| 89. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 90. Texas Genco | A | Dividend | J | T | sell | 2/4/ | J | A | |
| 91. Reliant Resources | A | Div | J | T | | | | | |
| 92. Merck & Co | A | Dividend | K | T | partial sale | 12/2 | K | | |
| 93. Medco Health | A | Div | J | T | | | | | |
| 94. Regions Bk. | A | Div | J | T | | | | | |
| 95. Regions Bk. | A | Div | J | T | | | | | |
| 96. Alltel | A | Dividend | L | T | | | | | |
| 97. Alltel | | None | K | T | buy | 12/13 | K | | |
| 98. Acxiom | A | Div | J | T | | | | | |
| 99. AR Dev Fin Auth Bd | A | Interest | J | T | | | | | |
| 100. Secured Prom. Note | D | Interest | L | T | | | | | |
| 101. Dean Witter Ready Assets | A | Interest | J | T | | | | | |
| 102. ▨▨▨ Trust | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. (This is aggregate value and income of this trust) | | None | | | | | | | |
| 104. U.S. Treasury Bond | B | Interest | K | T | | | | | |
| 105. Apple Computer | A | Interest | L | T | sell | 2/4 | L | F | |
| 106. IBM | A | Interest | K | T | | | | | |
| 107. Merck | A | Interest | J | T | partial sale | 12/12 | K | D | |
| 108. Regions Bk | A | Div | J | T | | | | | |
| 109. Dean Witter Asset Fund | A | Div | J | T | | | | | |
| 110. Bankamerica | A | Dividend | K | T | | | | | |
| 111. Bk Tokyo-Mitsubishi | A | Div | J | T | | | | | |
| 112. Regions Bank | A | Dividend | K | T | | | | | |
| 113. Acxiom | A | Dividend | K | T | | | | | |
| 114. Acxiom | A | Div | J | T | | | | | |
| 115. Cisco | A | Dividend | K | T | | | | | |
| 116. Acxiom | A | Dividend | J | T | | | | | |
| 117. G.E.Co. | A | Dividend | K | T | | | | | |
| 118. IBM | A | Dividend | J | T | | | | | |
| 119. IBM | A | Dividend | J | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
3. Value Method Codes      P3 =$25,000,001 - $50,000,000      R =Cost (Real Estate Only)      P4 =More than $50,000,000      T =Cash Market
   (See Column C2)      Q =Appraisal      V =Other      S =Assessment
                              U =Book Value                              W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IBM | | None | K | T | buy | 2/9 | K | | |
| 121. IBM | | None | K | T | buy | 4/15 | K | | |
| 122. G.E.Co. | A | Dividend | K | T | | | | | |
| 123. Regions Bk. | A | Dividend | J | T | | | | | |
| 124. Medco Health | A | Dividend | J | T | | | | | |
| 125. Microsoft Corp | | None | J | T | buy | 4/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts, line #22, Whitehall (a partnership), the explanation for using value code "V" is as follows: I hold a one-third interest in the Whitehall investment whose sole asset is a fifty-year-old lease on a small piece of property on Markham Street. We, in turn, rent the building on the property, the rents constitute the sole source of income to the partnership. Our underlying leasehold interest has less than ten years remaining.

| Name of Person Reporting | Date of Report |
|---|---|
| Eisele, Garnett T | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children. if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date___May 11, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544